| | | |
|---|---|---|
| People v Carroll | 4th Dept: 148 AD3d 1546 (Onondaga) | denied 6/12/17 (Garcia, J.) |
| People v Carter | 1st Dept: 147 AD3d 635 (NY) | denied 6/5/17 (Stein, J.) |
| People v Carty | App Term, 1st Dept: 55 Misc 3d 11 (NY) | denied 6/22/17 (DiFiore, Ch. J.) |
| People v Casey (Troy) | 2d Dept: 149 AD3d 771 (Queens) | denied 6/13/17 (Stein, J.) |
| People v Casey (Troy) | 2d Dept: 149 AD3d 770 (Queens) | denied 6/13/17 (Stein, J.) |
| People v Cassidy | County Ct, 2/23/17 (Erie) | denied 6/26/17 (Wilson, J.) |
| People v Chestnut | 2d Dept: 149 AD3d 772 (Kings) | denied 6/8/17 (DiFiore, Ch. J.) |
| People v Clinkscales | 1st Dept: 149 AD3d 472 (Bronx) | denied 6/13/17 (DiFiore, Ch. J.) |
| People v Coleman | 2d Dept: 148 AD3d 717 (Queens) | denied 6/26/17 (Wilson, J.) |
| People v Conway | 4th Dept: 148 AD3d 1739 (Erie) | denied 6/14/17 (Garcia, J.) |
| People v Corbin | 2d Dept: 146 AD3d 802 (Nassau) | denied 6/8/17 (Wilson, J.) |
| People v Cosme | App Term, 1st Dept: 54 Misc 3d 145(A) (NY) | denied 6/13/17 (Fahey, J.) |
| People v Costa | 2d Dept: 147 AD3d 970 (Suffolk) | denied 6/22/17 (Wilson, J.) |
| People v Cowell | 2d Dept: 149 AD3d 866 (Queens) | denied 6/14/17 (Garcia, J.) |
| People v Crawford | 1st Dept: 146 AD3d 426 (Bronx) | denied reconsideration 6/6/17 (Stein, J.) |
| People v Cruz | 1st Dept: 150 AD3d 407 (Bronx) | denied 6/19/17 (Stein, J.) |
| People v Daniels (Jason) | 2d Dept: 145 AD3d 1030 (Kings) | denied 6/12/17 (Garcia, J.) |
| People v Daniels (Marshall) | 4th Dept: 147 AD3d 1392 (Erie) | denied 6/6/17 (Rivera, J.) |
| People v Davis (Kenneth) | 2d Dept: 147 AD3d 971 (Kings) | denied 6/15/17 (Rivera, J.) |
| People v Davis (Larry) | 1st Dept: 149 AD3d 451 (NY) | denied 6/8/17 (Garcia, J.) |
| People v Deleon | 3d Dept: 149 AD3d 1273 (Otsego) | denied 6/22/17 (DiFiore, Ch. J.) |
| People v Delgado | 1st Dept: 146 AD3d 483 (Bronx) | denied 6/22/17 (DiFiore, Ch. J.) |
| People v Destin | 1st Dept: 150 AD3d 76 (NY) | denied 6/23/17 (Fahey, J.) |
| People v Diaz | 1st Dept: 149 AD3d 645 (Bronx) | denied 6/21/17 (Stein, J.) |